Amy H. Rubin
Federal Defenders of Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Felipe Tapia-Perez,<br><br>        Defendant. | No. 2:21-cr-00047-WFN-1<br><br>Sentencing Recommendation |

Sentencing Recommendation

February 27, 2021 is a day and a moment in time that Felipe Tapia-Perez will live with for the rest of his life. He will never forget what happened on this day whether he is in custody or out. It is a moment that he would give anything, including his own life, to change. It was the day that his son, Jeremiah, was shot and killed. There is no greater loss or tragedy – a circumstance that no parent should ever face.

The parties spent a great deal of time negotiating this case. The recommendation the parties are proposing came with a lot of discussion and thought. This agreement was not solely between the federal government and Mr. Tapia-Perez. Many conversations were had with the parties in Adams County as well as Tapia-Perez's family.

A recommendation of 168 months in this case is significant, but reasonable under the circumstances of the situation. It takes into account the two federal charges – Possession of a Stolen Firearm and Alien in Possession of a Firearm – while also accounting for the death of Mr. Tapia-Perez's son.

Mr. Tapia-Perez has been in custody since February 27, 2021. To date, he has been in custody for approximately 27 months without incident. A sentence of 14 years is significant. As this Court is aware, Mr. Tapia-Perez will do his entire sentence with only a reduction for good time and time served because he has no status in the United States. After serving the next decade in prison, Mr. Tapia-Perez will be deported to Mexico where he will have to remain for the rest of his life.

The parties respectfully request the Court follow the recommendation of the parties and sentence Mr. Tapia-Perez to 168 months with credit for the time he came into

Sentencing Recommendation

custody on February 27, 2021.  This sentence is reasonable but not greater than necessary to achieve the sentencing goals.

Dated: April 21, 2023

                                         Respectfully Submitted,

                                         <u>S/Amy H. Rubin</u>
                                         Amy H. Rubin, GA 618349
                                         Attorneys for Mr. Tapia-Perez
                                         Federal Defenders of
                                         Eastern Washington and Idaho
                                         10 N Post Suite 700
                                         Spokane, Washington 99201
                                         (509) 624-7606
                                         (509) 747-3539
                                         Email:  Amy_Rubin@fd.org

Sentencing Recommendation

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael J. Ellis, Assistant United States Attorney.

<u>S/Amy H. Rubin</u>
Amy H. Rubin, GA 618349
Attorneys for Mr. Tapia-Perez
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Amy_Rubin@fd.org

Sentencing Recommendation